DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Juan Cisneros-Tapia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-001 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO |
| ) | ADVANCE STATUS CONFERENCE |
| v. ) | |
| ) | DATE: March 12, 2012 |
| JUAN CISNEROS-TAPIA, ) | TIME: 10:00 A.M. |
| ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 19, 2012, **may be advanced to March 12, 2012 at 10:00 A.M.**

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and defense counsel may have a scheduling conflict on the currently set status conference date.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER |
|  | United States Attorney |
| DATED: March 6, 2012 | By: /s/ *Ian Garriques* |
|  | IAN GARRIQUES |
|  | Assistant United States Attorney |
|  | Attorney for Plaintiff |

Cisneros-Tapia - Stipulation to Advance
Status Conference

```
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: March 6, 2012        By:     /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JUAN CISNEROS-TAPIA
```

**O R D E R**

IT IS SO ORDERED.

Dated:   March 6, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE